# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**ANTHONY WAYNE SWAIN WASHINGTON, JR and AW WASHINGTON CONSULTING LLC,**

      **Plaintiffs,**

v.                                          **Case No: 6:24-cv-2103-PGB-LHP**

**AT&T INC., AT&T ORLANDO, AT&T CORPORATE OFFICE and AT&T STORE,**

      **Defendants.**

_____/

## ORDER

This cause comes before the Court upon *sua sponte* review. Plaintiff AW Washington Consulting LLC, a corporate entity, is proceeding *pro se*. However, Plaintiff AW Washington Consulting LLC may not proceed in this case except through an attorney who is a member of the bar of this Court. Local Rule 2.02(b)(2) ("A party, other than a natural person, can appear through the lawyer only."); *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) ("The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel." (citations omitted)); *Energy Lighting Mgmt., LLC v. Kinder*, 363 F. Supp. 2d 1331, 1332 (M.D. Fla. 2005) (applying the prior version of Local Rule 2.02(b)(2) to a limited liability company).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that on or before **December 16, 2024**, Plaintiff AW Washington Consulting LLC shall obtain counsel admitted to practice in this Court. Failure to timely comply with this Order may result in the dismissal of the claims brought by Plaintiff AW Washington Consulting LLC without further notice.

**DONE AND ORDERED** in Orlando, Florida on December 2, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties