# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ANTHONY WAYNE SWAIN
WASHINGTON, JR   and AW
WASHINGTON CONSULTING LLC,

      Plaintiffs,

v.	Case No:   6:24-cv-2103-PGB-LHP

AT&T INC., AT&T ORLANDO,
AT&T CORPORATE OFFICE and
AT&T STORE,

      Defendants

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**  **MOTION FOR MISCELLANEOUS RELIEF (Doc. No. 12)**
>
> **FILED:**  December 16, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

By the above-styled, untitled motion, it is not entirely clear what relief Plaintiff[1] seeks, but Plaintiff references a "writ of replevin, motion to proceed and a motion to discover to the Middle District Court of Florida for claims against AT&T Inc." Doc. No. 12, at 1. Upon review, the motion (Doc. No. 12) fails to contain a memorandum of law as required by Local Rule 3.01(a) – while Plaintiff lists several rules and statutes, he does not explain how any of them authorize any requested relief. Moreover, insofar as Plaintiff is seeking discovery from Defendant AT&T Inc., no Defendant has yet been served or appeared in this case, and as such no case management conference has yet occurred and discovery has not yet opened; therefore, any attempts to obtain discovery are premature. *See* Fed. R. Civ. P. 26(d). Accordingly, the motion (Doc. No. 12) is **DENIED without prejudice**.

Plaintiff is advised that although he proceeds *pro se* in this case, *pro se* litigants are "subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure." *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989), *cert. denied*, 493 U.S. 863 (1989). Failures to comply with applicable Local Rules and Federal Rules of Civil Procedure may result in the imposition of sanctions.

---

[1] Given that AW Washington Consulting LLC cannot proceed in this case without counsel, *see* Doc. Nos. 3, 15, the Court construes the motion as brought by *pro se* Plaintiff Anthony Wayne Swain Washington, Jr. alone.

**DONE** and **ORDERED** in Orlando, Florida on January 3, 2025.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties